## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **JERROLL M. SANDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 4:05CV925SNL** |
| | ) | |
| **UNITED STATES CONGRESS,** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on the plaintiff's motion to stay decision on defendants'

motion to dismiss and request for oral argument (#21), filed October 27, 2005 and plaintiff's

"notice" of amended complaint (which the Court construes as a motion to file a second amended

complaint)(#23), filed November 1, 2005.  The Government has filed objections to both motions.

Upon careful consideration of the matter, and review of the parties' pleadings, the Court

will deny both motions.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to stay decision and for oral

argument (#21) be and is **DENIED.**

**IT IS FINALLY ORDERED** that plaintiff's motion to file a second amended complaint

(#23) be and is **DENIED**.

Dated this   10th   day of November, 2005.

                                             SENIOR UNITED STATES DISTRICT JUDGE